# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JONNIE W. GILCHRIST,**

                **Plaintiff,**

**-vs-**                                                **Case No. 6:06-cv-1727-Orl-31KRS**

**CITIFINANCIAL SERVICES, INC.334, LLC,**

                **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **CITIFINANCIAL SERVICES, INC.'S MOTION TO COMPEL ARBITRATION (Doc. No. 4)** |
| **FILED:** | **November 8, 2006** |

Plaintiff Jonnie W. Gilchrist shall file and serve a response to the above-referenced motion on or before January 5, 2007. Failure to file a response will result in the motion being treated as unopposed.

**DONE** and **ORDERED** in Orlando, Florida on December 26, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties