# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JONNIE W. GILCHRIST,**

        **Plaintiff,**

**-vs-**                                               **Case No. 6:06-cv-1727-Orl-31KRS**

**CITIFINANCIAL SERVICES, INC.334, LLC,**

        **Defendant.**

## ORDER

This cause comes before the Court on Defendant's Motion To Compel Arbitration (Doc. No. 4) filed November 8, 2006 and Plaintiff's Motion to Dismiss (Doc. No. 23) filed December 28, 2006.

On January 11, 2007, United States Magistrate Judge Spaulding issued a report (Doc. No. 25) recommending that the Plaintiff be given the opportunity to withdraw her motion to dismiss and that the motion to compel arbitration be granted. The Plaintiff has since withdrawn the motion to dismiss, and the parties have indicated that they have no objections to the report and recommendation. (See Docs. No. 26 and 27). Therefore, it is

**ORDERED** that the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order and that Defendant's Motion to Compel Arbitration is **GRANTED**. This case is **DISMISSED** without prejudice and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 19, 2007.

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE